## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,      :    No. 368 EAL 2021

     Respondent      :

     :    Petition for Allowance of Appeal
     :    from the Order of the Superior Court

     v.      :

JEFFERY EDEN,      :

     Petitioner      :

COMMONWEALTH OF PENNSYLVANIA,      :    No. 369 EAL 2021

     Respondent      :

     :    Petition for Allowance of Appeal
     :    from the Order of the Superior Court

     v.      :

JEFFERY EDEN,      :

     Petitioner      :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 17th day of November, 2021, the Petition for Allowance of Appeal is **DENIED**.